# United States District Court
# For The Western District of North Carolina
# Statesville Division

Zane Johnson,

    Plaintiff,

vs.

Steve Bailey, et al.,,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:09-cv-109-MU

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2009 Order.

Signed: October 23, 2009

Frank G. Johns, Clerk
United States District Court